IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : Case No. 1:10cr200 (LMB) |
| | : |
| LEE BENTLEY FARKAS, | : |
| | : |
| Defendant. | : |

## DEFENDANT'S MOTION TO COMPEL PRODUCTION
## OF DOCUMENTS AND TESTIMONY BY ERNST & YOUNG

COMES NOW the defendant, LEE BENTLEY FARKAS, by and through his counsel, and respectfully moves this Court to enter the proposed Order filed herewith compelling ERNST & YOUNG, LLP to produce documents and testimony. The grounds for this Motion are set forth in the accompanying Memorandum of points and authorities.

Respectfully submitted,

LEE BENTLEY FARKAS


By:        /s/
WILLIAM B. CUMMINGS, ESQUIRE
VA Bar No. 6469
Co-Counsel for LEE BENTLEY FARKAS
WILLIAM B. CUMMINGS, P.C.
Post Office Box 1177
Alexandria, Virginia  22313
(703) 836-7997
Fax (703) 836-0238
wbcpclaw@aol.com

BRUCE S. ROGOW, ESQUIRE
*Pro Hac Vice*
Co-Counsel for LEE BENTLEY FARKAS
BRUCE S. ROGOW, PA

        500 E. Broward Boulevard, Suite 1930
        Ft. Lauderdale, Florida 33394
        (954) 767-8909
        FAX (954) 764-1530
        brogow@rogowlaw.com

        CRAIG KUGLAR, ESQUIRE
        *Pro Hac Vice*
        Co-Counsel for LEE BENTLEY FARKAS
        LAW OFFICE OF CRAIG KUGLAR, LLC
        1130 Piedmont Avenue, #913
        Atlanta, Georgia 30309
        (404) 432-4448
        FAX (404) 393-8007
        ck@kuglarlaw.com

        ZAHRA S. KARINSHAK, ESQUIRE
        *Pro Hac Vice*
        Co-Counsel for LEE BENTLEY FARKAS
        KREVOLIN & HORST
        1201 West Peachtree Street/One Atlantic
           Center, Suite 3250
        Atlanta, Georgia 30309
        (404) 888-0922
        FAX (404) 888-9577
        karinshak@khlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of March, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to at least the following registered ECF users:

        Edward J. Bennett, Esquire
        Attorney for ERNST & YOUNG, LLP
        WILLIAMS & CONNOLLY, LLP
        725 12th Street, NW
        Washington, DC 20005
        EBennett@wc.com

Paul J. Nathanson, Esquire
paul.nathanson@usdoj.gov
Charles Connolly, Esquire
charles.connolly@usdoj.gov
United States Attorney's Office for
   the Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, Virginia 22314

                /s/
WILLIAM B. CUMMINGS, ESQUIRE
VA Bar No. 6469
Co-Counsel for LEE BENTLEY FARKAS
WILLIAM B. CUMMINGS, P.C.
Post Office Box 1177
Alexandria, Virginia 22313
(703) 836-7997
Fax (703) 836-0238
wbcpclaw@aol.com