IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL NO. 1:10-CR-200 |
| v. | ) | |
| | ) | |
| LEE BENTLEY FARKAS, | ) | |
| | ) | |
| Defendant. | ) | |

FILED
IN OPEN COURT

APR 1 2 2011

CLERK U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

## ORDER OF USE IMMUNITY FOR TRIAL TESTIMONY

The United States of America by its attorney, Neil H. MacBride, United States Attorney for the Eastern District of Virginia, and Paul J. Nathanson, Assistant United States Attorney for the Eastern District of Virginia, having moved the Court for an Order requiring Carla Haskell to testify pursuant to Title 18, United States Code, Sections 6002 and 6003, in regard to a trial styled United States v. Lee Bentley Farkas, Criminal No. 1:10-CR-200, and to provide such information at any other proceeding ancillary to the above-styled matter, and being advised that the request for immunity was approved by an appropriate official of the United States Department of Justice, and that the testimony and other information from this witness may be necessary to the public interest, and furthermore, such individual is likely to refuse to testify or provide other information on the basis of her privilege against self-incrimination, it is hereby:

ORDERED, ADJUDGED and DECREED that Carla Haskell be required to testify and provide other information in regard to the above-styled trial, and to provide such information at any other proceeding ancillary to the above-styled matter.

Provided, that the said Carla Haskell is hereby granted immunity from the use against Carla Haskell in any criminal case of any testimony or other information compelled under such order, or any information directly or indirectly derived from such testimony or other information, except that the above does not immunize the said Carla Haskell against charges of perjury, giving a false statement, or otherwise failing to comply with the Order of the Court.

Alexandria, Virginia

Date: April 12, 2011

/s/
Leonie M. Brinkema
United States District Judge

I ask for this:

Neil H. MacBride
United States Attorney

By: _____,
Paul J. Nathanson
Assistant United States Attorney

2