FILED
IN OPEN COURT
APR 19 2011
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

UNITED STATES OF AMERICA, )
)
v. ) 1:10cr200 (LMB)
)
LEE BENTLEY FARKAS, )
)
Defendant. )
)

VERDICT FORM

Count 1

(a) On Count 1 of the Indictment - Conspiracy to Commit Bank Fraud - we, the jury, unanimously find the defendant, Lee Bentley Farkas:

Not Guilty ________ Guilty ✓

(b) On Count 1 of the Indictment - Conspiracy to Commit Wire Fraud affecting a Financial Institution - we, the jury, unanimously find the defendant, Lee Bentley Farkas:

Not Guilty ________ Guilty ✓

(c) On Count 1 of the Indictment - Conspiracy to Commit Securities Fraud - we, the jury, unanimously find the defendant, Lee Bentley Farkas:

Not Guilty ________ Guilty ✓

Count 2

On Count 2 of the indictment - Bank Fraud (occurring on or about November 19, 2008) - we, the jury, unanimously find the defendant, Lee Bentley Farkas:

Not Guilty ________ Guilty ✓

Count 3

On Count 3 of the Indictment - Bank Fraud (occurring on or about January 6, 2009) - we, the jury, unanimously find the defendant, Lee Bentley Farkas:

Not Guilty ________ Guilty ✓

Count 4

On Count 4 of the Indictment - Bank Fraud (occurring on or about May 29, 2009) - we, the jury, unanimously find the defendant, Lee Bentley Farkas:

Not Guilty ________ Guilty ✓

Count 5

On Count 5 of the Indictment - Bank Fraud (occurring on or about June 18, 2009) - we, the jury, unanimously find the defendant, Lee Bentley Farkas:

Not Guilty ________ Guilty ✓

Count 6

On Count 6 of the Indictment - Bank Fraud (occurring on or about June 30, 2009) - we, the jury, unanimously find the defendant, Lee Bentley Farkas:

Not Guilty ________ Guilty ✓

Count 7

On Count 7 of the Indictment - Bank Fraud (occurring on or about July 6, 2009) - we, the jury, unanimously find the defendant, Lee Bentley Farkas:

Not Guilty ________ Guilty ✓

Count 8

On Count 8 of the Indictment - Wire Fraud (occurring on or about March 30, 2009) - we, the jury, unanimously find the defendant, Lee Bentley Farkas:

Not Guilty ________ Guilty ✓

Count 9

On Count 9 of the Indictment - Wire Fraud (occurring on or about April 1, 2009) - we, the jury, unanimously find the defendant, Lee Bentley Farkas:

Not Guilty ________ Guilty ✓

Count 10

On Count 10 of the Indictment - Wire Fraud affecting a Financial Institution (occurring on or about May 13, 2009) - we, the jury, unanimously find the defendant, Lee Bentley Farkas:

Not Guilty ________ Guilty ✓

Count 11

On Count 11 of the Indictment - Wire Fraud affecting a Financial Institution (occurring on or about May 18, 2009) - we, the jury, unanimously find the defendant, Lee Bentley Farkas:

Not Guilty ________ Guilty ✓

Count 14

On Count 14 of the Indictment - Securities Fraud (occurring on or about March 2, 2009) - we, the jury, unanimously find the defendant, Lee Bentley Farkas:

Not Guilty ________ Guilty ✓

Count 15

On Count 15 of the Indictment - Securities Fraud (occurring on or about April 1, 2009) - we, the jury, unanimously find the defendant, Lee Bentley Farkas:

Not Guilty ________ Guilty ✓

Count 16

On Count 16 of the Indictment - Securities Fraud (occurring on or about May 8, 2009) - we, the jury, unanimously find the defendant, Lee Bentley Farkas:

Not Guilty ________ Guilty ✓

________________________
Foreperson (printed)

Date: April 19, 2011