# SENTENCING

Date: __06/30/11__   Judge: __Brinkema__
Reporter: __N. Linnell__
Start: __10:35 a.m.__
End: __12:30 p.m.__

**UNITED STATES of AMERICA**
    V.

Case Number __1:10cr200__

**LEE BENTLEY FARKAS**
Counsel/Govt: __Stokes, Connolly, Nathanson, Zink__   Counsel/Deft: __Rogow, Kuglar, Cummings__
Court adopts PSI ( X ) without exceptions ( ) with exceptions:_____

---

**SENTENCING GUIDELINES :**       Court departs from Guidelines pursuant to:
Offense Level: __43__
Criminal History: __1__        ___ USSG 5H1.4
Imprisonment Range: ___ to ___ months        ___ USSG 5K1.1
Supervised Release Range: ___ to ___ years        ___ USSG 5K2.12
Fine Range: $ __25,000__ to __$4,147,734,860__        ___ USSG 5C1.2
Restitution $ __To be determined__        Other:_____
Special Assessment $ __1400__   ( X ) Satisfied   ( ) Unsatisfied, due immediately   ___ Mandatory Minimum

**JUDGMENT OF THE COURT:**
BOP for __360__ months (360 mths-ct 1-7,10,11)(240mths-ct 8,9)(300mths-ct 14-16)**concurrent**
Supervised Release for __3__ Years, each count; **concurrent**
Supervised Probation for __na__ Years, with special conditions: ( ) Yes ( ) No
Fine Imposed of $ __na__ due immediately/ monthly installments of $_____ to begin w/in _____ days
Restitution of $ __to be determined__
( X ) Fine/costs of incarceration waived

**SPECIAL CONDITIONS:**
1. Access to all financial information/records
2) Pay restitution
3) Windfalls toward restitution
4) Seek & maintain full time employment; no financial or real estate industries
5) Drug testing waived

**RECOMMENDATIONS to BOP:**
__X__ Dft. To be designated to: __Ashland, Kentucky__
____ Dft. designated to facility to participate in ICC (Boot Camp) type program
____ Dft. to participate in 500 hr Residential Drug Abuse Treatment Program (RDAP)
____ Other:_____

Defendant: ( X ) Remanded ( ) Cont'd on Bond to Self-Surrender ( ) Referred to USPO ( ) Immediate Deportation

--Deft submitted bench brief
--Govt forfeiture motion - Granted, preliminary forfeiture order filed in open court, written opinion to follow
--Victims invited to allocute, one did.