IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| v. : | Case No. 1:10cr200 (LMB) |
| : | |
| LEE BENTLEY FARKAS, : | |
| : | |
| Defendant. : | |

### DEFENDANT LEE BENTLEY FARKAS' RESPONSE TO THE POSITION OF THE UNITED STATES WITH RESPECT TO RESTITUTION

COMES NOW the defendant, LEE BENTLEY FARKAS (hereinafter, Mr. Farkas), by counsel, and for his response to the position of the United States with respect to restitution (hereinafter, the government's position) he states as follows:

1. Mr. Farkas plead not guilty, was tried and was convicted by the jury. He has been sentenced and has initiated appeal proceedings concerning his conviction.

2. Therefore, Mr. Farkas does not agree that a restitution obligation in any amount should be imposed upon him in this matter, including that proposed in the government's position.

3. If any restitution obligation is imposed against Mr. Farkas, any such obligation should be imposed jointly and severally with the other, "related" defendants referenced in the government's position, and any payments made by any of those other defendants should also be credited to the obligation imposed upon Mr. Farkas.

4. Mr. Farkas does not have any objection to, or opinion concerning, the amounts of restitution proposed in the government's position with respect to the other defendants referenced therein.

5. In light of the thirty (30) year prison sentence imposed upon him by the Court, his current age, his projected age and employability at the time of his release from prison and the status of the forfeiture proceedings in this matter, the reality is that any restitution obligation imposed against Mr. Farkas, and specifically the $3.5 billion sought by the government, is a triumph of form over function.  Even the nominal periodic payments referenced in 18 U.S.C. §3664(f)(3)(B) appear out of Mr. Farkas's realistic reach at this point in time and in the future.

6. Pursuant to 18 U.S.C. §3664(f)(2), the Court should establish the manner and schedule of restitution payments for Mr. Farkas and the other defendants in the restitution order.

Respectfully submitted,

LEE BENTLEY FARKAS

By: _____/s/_____
WILLIAM B. CUMMINGS, ESQUIRE
VA Bar No. 6469
Co-Counsel for LEE BENTLEY FARKAS
WILLIAM B. CUMMINGS, P.C.
Post Office Box 1177
Alexandria, Virginia  22313
(703) 836-7997
Fax (703) 836-0238
wbcpclaw@aol.com

        BRUCE S. ROGOW, ESQUIRE
*Pro Hac Vice*
Co-Counsel for LEE BENTLEY FARKAS
BRUCE S. ROGOW, PA
500 E. Broward Boulevard, Suite 1930
Ft. Lauderdale, Florida 33394
(954) 767-8909
FAX (954) 764-1530
brogow@rogowlaw.com

CRAIG KUGLAR, ESQUIRE
*Pro Hac Vice*
Co-Counsel for LEE BENTLEY FARKAS
LAW OFFICE OF CRAIG KUGLAR, LLC
1130 Piedmont Avenue, #913
Atlanta, Georgia 30309
(404) 432-4448
FAX (404) 393-8007
ck@kuglarlaw.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 4th day of August, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to at least the following registered ECF users:

Paul J. Nathanson, Esquire
paul.nathanson@usdoj.gov
Charles Connolly, Esquire
charles.connolly@usdoj.gov
United States Attorney's Office for
   the Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, Virginia  22314

           /s/
WILLIAM B. CUMMINGS, ESQUIRE
VA Bar No. 6469
Co-Counsel for LEE BENTLEY FARKAS
WILLIAM B. CUMMINGS, P.C.
Post Office Box 1177
Alexandria, Virginia  22313
(703) 836-7997
Fax (703) 836-0238
wbcpclaw@aol.com