# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LEE BENTLEY FARKAS | Cr. No. 1:10-CR- 00200 (LMB) |

## EMERGENCY MOTION FOR COMPASSIONATE RELEASE

Defendant, Lee Bentley Farkas, through counsel, hereby submits this emergency motion for compassionate release and respectfully moves this Court on an exigent basis due to the global health crisis created by the COVID-19 pandemic and the active outbreak of COVID-19 at FCI Coleman for an order granting Mr. Farkas compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A), as amended by the First Step Act of 2018.

Respectfully submitted, the 20th day of August 2020.

/s/ *David G. Barger*
David G. Barger (Va. Bar No. 21652)
E-mail: bargerd@gtlaw.com
Greenberg Traurig, LLP
1750 Tysons Boulevard, Suite 1000
McLean, Virginia 22102
Tel: (703) 749-1300
Fax: (703) 749-1301

CHESHIRE PARKER SCHNEIDER, PLLC

/s/ *Elliot S. Abrams*
Elliot S. Abrams (pro hac pending)
N.C. State Bar # 42639
P. O. Box 1029
Raleigh, NC 27602
(919) 833-3114 (TEL)
(919) 832-0739 (FAX)
elliot.abrams@cheshirepark.com

/s/ *Catherine S. Brown*
Catherine S. Brown
N.C. State Bar # 50598
P. O. Box 1029
Raleigh, NC 27602
(919) 833-3114 (TEL)
(919) 832-0739 (FAX)
Catherine.brown@cheshirepark.com

*Attorneys for the Defendant*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date shown below he electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to counsel for the United States.

This the 20th day of August 2020.

/s/ *David G. Barger*
David G. Barger (Va. Bar No. 21652)
E-mail: bargerd@gtlaw.com
Greenberg Traurig, LLP
1750 Tysons Boulevard, Suite 1000
McLean, Virginia  22102
Tel: (703) 749-1300
Fax: (703) 749-1301
*Counsel for Defendant Farkas*