IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| v. | ) | |
| | ) | 1:10-cr-200 (LMB) |
| LEE BENTLEY FARKAS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

ORDER

For the reasons stated during a telephone conference, which was on the record,

defendant's Emergency Motion for Compassionate Release [Dkt. No. 591] is GRANTED, and it

is hereby

ORDERED that the 360 month sentence imposed in the Judgment issued on June 30,

2011, be and is reduced to time served, to be followed by the three years of supervised release

imposed in that Judgment, and it is further

ORDERED that as an additional condition of supervised release the defendant reside with

his sister, Terri Huber, in Albuquerque, New Mexico, and it is further

ORDERED that the Bureau of Prisons (BOP) immediately place the defendant in a 14-

day quarantine to ensure that he is not infected with the COVID-19 virus and upon completion of

the 14-day quarantine release the defendant into the custody of Teri Huber, who must promptly

transport the defendant to her home, and it is further

ORDERED that no longer than two business days after being released from BOP custody

the defendant contact United States Probation Officer Kara Thomas at (505) 348-2669 at the

United States Probation Office on 333 Lomac Suite 170 NW in Albuquerque, New Mexico.

2

The Clerk is directed to forward copies of this Order to counsel of record, the United States Marshals Service, and United States Probation Officer Michelle M. Suleiman.

Entered this _15_ day of September, 2020.

Alexandria, Virginia

/s/

Leonie M. Brinkema
United States District Judge